THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MANUEL ANTUNES, | : | BANKR. NO. 15-16553 (MDC) |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| ANDREW R. VARA, | : | |
| ACTING UNITED STATES TRUSTEE, | : | ADV. NO.  17-00178 (MDC) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MANUEL ANTUNES, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION AND ORDER DENYING THE DISCHARGE OF DEBTOR**

Plaintiff United States Trustee (hereinafter the "UST") and Defendant Manuel Antunes, (hereinafter the "Debtor"), through his attorney, have reached an agreement to present to the Court this Order denying the Debtor a discharge pursuant to 11 U.S.C. § 727.

Wherefore, the UST and the Debtor (hereinafter the "Parties"), have agreed to this Stipulation containing their acknowledgments, and they request the Court enter an Order approving this Stipulation and denying the Debtor's discharge.

## ACKNOWLEDGMENTS

WHEREAS, the Debtor filed a petition for relief on September 11, 2015.

WHEREAS, the UST filed this Complaint to deny the debtor's discharge pursuant to 11 U.S.C. § 727 in this adversary proceeding.

WHEREAS, the Debtor filed an answer opposing the Complaint.

WHEREAS, the trial was scheduled to begin on June 18, 2018.

WHEREAS, without admitting or denying the specific factual allegations in the Complaint, the Debtor, through this Stipulation, no longer contests the relief sought by the UST, and in so doing, acknowledges that there is a legal basis therefore.

WHEREAS, the Debtor hereby consents to entry of this Order denying the discharge and approving the Stipulation.

WHEREFORE, the parties request that this Stipulation be approved and that the Court deny the Discharge pursuant to 11 U.S.C. § 727.

STIPULATED AND AGREED TO:

| | |
|---|---|
| Andrew R. Vara<br>Acting United States Trustee<br>Region 3 | Roger V. Ashodian, Esquire<br>Counsel for the Debtor |
| /s/ Kevin P. Callahan<br>Kevin P. Callahan, Esquire<br>Office of the U. S. Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107 | Roger V. Ashodian, Esquire<br>101 West Chester Pike, Suite 1-A<br>Havertown PA 19083 |

## ORDER

AND NOW, upon the Stipulation between the Debtor Manuel Antunes through his attorney, and the United States Trustee, the Stipulation is approved and it is hereby

ORDERED, the Debtor's discharge is denied.

June 18, 2018

HONORABLE MAGDELINE D. COLEMAN
United States Bankruptcy Judge