Case 15-16553-mdc    Doc 539    Filed 06/21/21    Entered 06/21/21 10:19:42    Desc Main
Document      Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| MANUEL ANTUNES | : | Bankruptcy No. 15-16553 (MDC) |
| Debtor. | : | |
| | | |
| ROBERT H. HOLBER, CHAPTER 7 TRUSTEE TO THE ESTATE OF MANUEL ANTUNES | : | Adv. Pro. No. 18-00097 (MDC) |
| Plaintiff | : | |
| v. | : | |
| MANCHESTER CONSTRUCTION, INC., MANUEL ANTUNES, JR., MANUEL ANTUNES, SR. AND GIUSEPPE MARRERO | : | |
| Defendants | : | |
| | | |
| JUDITH ANTUNES and MANUEL ANTUNES | : | Adv. Pro. No. 21-00019 (MDC) |
| Plaintiff | : | |
| v. | : | |
| ROBERT H. HOLBER, Chapter 7 Trustee, EMIGRANT MORTGAGE COMPANY, EMIGRANT RESIDENTIAL, LLC, f/k/a EMC-LLC, BQ RETAINED REALTY, INC. | : | |
| Defendants | : | |

**ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE FOR AN ORDER APPROVING COMPREHENSIVE SETTLEMENT AGREEMENT**

AND NOW, upon consideration of the Motion of Chapter 7 Trustee for an Order Approving Comprehensive Settlement Agreement (the "Motion"); and after consideration of any

6907719 v1

responses to the Objection; and after due deliberation and it appearing that the relief sought in the Objection is in the best interests of the Debtor's estate and its creditors; it is hereby:

ORDERED, that the Motion is Granted; and it is

ORDERED, the Settlement Agreement, as set forth in the Motion is approved; and it is

ORDERED, that any stay imposed by Fed. R. Bankr. P. 6004(h) is hereby waived; and it is

ORDERED, that this Court shall retain jurisdiction to adjudicate any disputes relating to this Order.

Dated:                        , 2021

The Honorable Magdeline D. Coleman
Chief United States Bankruptcy Judge

6907719 v1